IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

## Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:22-CV-2600-X

2. Style of case: Veronica Venzant, Individually and as Next Friend of M.E. (minor) v. Be

3. Nature of suit: Personal Injury

4. Method of ADR used:   ✔ Mediation     Mini-Trial     Summary Jury Trial

5. Date ADR session was held: 12/18/23

6. Outcome of ADR *(Select one)*:

    ☐ Parties did not use my services.        ☐ Settled, in part, as a result of ADR.

    ✔ Settled as a result of ADR.              ☐ Parties were unable to reach settlement.

    ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee: $5,000.00

8. Duration of ADR: one day        (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

    Veronica Venzant-Plaintiff
    Ori Raphael, Ashley Goldman-Plaintiff's counsel
    Budget Suites Representative-Defendant
    Desiree Lewis-Defendant's counsel

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    /s/Adam LeCrone                                                   12/20/23
    Signature                                                               Date

    123 N. Crockett Street, Suite 200, Sherman, Texas 75090      903-813-1900
    Address                                                                 Telephone

## Alternative Dispute Resolution Summary
*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

Name: Ori Raphael

Firm: Mathias Raphael PLLC

Address: 13101 Preston Rd Suite 501

Dallas, TX 75240

Phone: 214-739-0100

Name:

Firm:

Address:

Phone:

Name: Desirée Lewis

Firm: The Lisenby Law Firm, P.C.

Address: 9111 Cypress Waters Blvd., Suite 350

Coppell, Texas 75019

Phone: 817-615-9505

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone: