UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VERONICA VENZANT, Individually and as Next Friend of M.E. (minor), *Plaintiffs*, | § § § § |
| VS. | § CIVIL ACTION NO. 3:22-cv-02600-X § |
| BIGELOW ARIZONA TX-282 LP d/b/a BUDGET SUITES OF AMERICA and BIGELOW ARIZONA CORPORATION, *Defendants*. | § § § § § § |

**JOINT MOTION FOR ENTRY OF AGREED TAKE-NOTHING JUDGMENT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, Plaintiff, Veronica Venzant, Individually and as Next Friend of M.E. (minor), and Defendants, Bigelow Arizona TX-282 LP d/b/a Budget Suites of America and Bigelow Arizona Corporation, in the above entitled and numbered cause, and respectfully file this, Joint Motion for Entry of Agreed Take-Nothing Judgment, and for same would respectfully show the following:

I.

Plaintiff, Veronica Venzant, Individually and as Next Friend of M.E. (minor), and Defendants, Bigelow Arizona TX-282 LP d/b/a Budget Suites of America and Bigelow Arizona Corporation have entered into an Unconditional Release, Lien Satisfaction, Indemnity, Assignment, and Confidentiality Agreement settling all claims asserted in this cause of action. The terms of the Unconditional Release, Lien Satisfaction, Indemnity, Assignment, and Confidentiality Agreement have been satisfied and are confidential. Plaintiff and Defendants jointly request that this Court enter the attached Agreed Take-Nothing Judgment dismissing all

claims and causes of action asserted against Defendants Bigelow Arizona TX-282 LP d/b/a Budget Suites of America and Bigelow Arizona Corporation, with prejudice to Plaintiff's right to re-file said claims and causes of action in any other court.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Veronica Venzant, Individually and as Next Friend of M.E. (minor), together with Defendants, Bigelow Arizona TX-282 LP d/b/a Budget Suites of America and Bigelow Arizona Corporation, respectfully pray that the relief requested in this Joint Motion for Entry of Agreed Take-Nothing Judgment be in all things granted, and for all such other and further relief, whether general or special, both at law or in equity, to which the parties may be justly entitled.

Respectfully submitted,

MATHIAS RAPHAEL PLLC
13101 Preston Road, Suite 501
Dallas, Texas 75240
(214) 739-0100 – Telephone
(214) 739-0151 – Facsimile

By: *Ashley Goldman*
Ori Raphael
State Bar No. 24088273
Ori@mrlaw.co
Damon Mathias
State Bar No. 24080170
Damon@mrlaw.co
Ashley Goldman
State Bar No. 24123704
Ashley@mrlaw.co

ATTORNEYS FOR THE PLAINTIFF
VERONICA VENZANT, INDIVIDUALLY AND
AS NEXT FRIEND OF M.E. (MINOR)

LISENBY LAW FIRM, P.C.

        9111Cypress Waters Blvd., Suite 350
        Coppell, Texas 75019
        (817) 615-9505 – Telephone
        (866) 381-4215 – Facsimile

By: _____
    KENT J. LISENBY
    State Bar No. 00794177
    kent@lisenbyfirm.com
    DESIRÉE M. LEWIS
    State Bar No. 24125650
    desi@lisenbyfirm.com

ATTORNEYS FOR THE DEFENDANTS
BIGELOW ARIZONA TX-282 LP D/B/A
BUDGET SUITES OF AMERICA AND
BIGELOW ARIZONA CORPORATION

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing Joint Motion for Agreed Take Nothing Judgment has been sent to all known counsel via eServe, email and/or facsimile, on August ___, 2024, addressed as follows:

    Kent J. Lisenby
    Desirée M. Lewis
    THE LISENBY FIRM, P.C.
    9111Cypress Waters Blvd., Suite 350
    Coppell, Texas 75019

_____
Ori Raphael / Ashley Goldman