UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VERONICA VENZANT, Individually and as Next Friend of M.E. (minor), *Plaintiffs*, | § § § § |
| VS. | §  CIVIL ACTION NO. 3:22-cv-02600-X |
| BIGELOW ARIZONA TX-282 LP d/b/a BUDGET SUITES OF AMERICA and BIGELOW ARIZONA CORPORATION, *Defendants*. | § § § § § § |

## AGREED TAKE-NOTHING JUDGMENT AGAINST DEFENDANTS BIGELOW ARIZONA TX-282 LP d/b/a BUDGET SUITES OF AMERICA and BIGELOW ARIZONA CORPORATION

On this date, came to be heard, by and through their attorneys of record, Plaintiff, Veronica Venzant, Individually and as Next Friend of M.E. (minor) and Defendants, Bigelow Arizona TX-282 LP d/b/a Budget Suites of America and Bigelow Arizona Corporation the **Agreed Motion for Entry of Take-Nothing Judgment**. Plaintiff, Veronica Venzant, Individually and as Next Friend of M.E. (minor) and Defendants, Bigelow Arizona TX-282 LP d/b/a Budget Suites of America and Bigelow Arizona Corporation announced that they have entered into a full and final settlement agreement (Unconditional Release, Lien Satisfaction, Indemnity, Assignment, and Confidentiality Agreement), and no jury having been demanded; all matters or facts and things in controversy were submitted to the Court. After considering the parties' agreement, the Court finds that the take-nothing judgment against Defendants, Bigelow Arizona TX-282 LP d/b/a Budget Suites of America and Bigelow Arizona Corporation, should be granted and entered. It is therefore

**ORDERED, ADJUDGED AND DECREED** that Plaintiff, Veronica Venzant, Individually and as Next Friend of M.E. (minor) take nothing against Defendants, Bigelow

Arizona TX-282 LP d/b/a Budget Suites of America and Bigelow Arizona Corporation, and that all claims asserted by Plaintiff or that could have been asserted by the Plaintiff against these Defendants are hereby dismissed with prejudice, and that Defendants, Bigelow Arizona TX-282 LP d/b/a Budget Suites of America and Bigelow Arizona Corporation go hence without delay.

**IT IS FURTHER ORDERED** that all costs and attorney's fees in this suit are to be borne by the party incurring same.

**IT IS FURTHER ORDERED** that the terms of the Unconditional Release, Lien Satisfaction, Indemnity, Assignment and Confidentiality Agreement are approved.

**IT IS FINALLY ORDERED, ADJUDGED, AND DECREED** that any remaining Defendants are dismissed with prejudice; that all other relief not expressly granted in this judgment is denied; and that this judgment finally disposes of all parties and claims and is appealable.

Signed this 28th day of August, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

_____
Ori Raphael
State Bar No. 24088273
Ori@mrlaw.co
Damon Mathias
State Bar No. 24080170
Damon@mrlaw.co
Ashley Goldman
State Bar No. 24123704
Ashley@mrlaw.co
MATHIAS RAPHAEL PLLC
13101 Preston Road, Suite 501

Dallas, Texas 75240
(214) 739-0100 – Telephone
(214) 739-0151 – Facsimile

ATTORNEYS FOR THE PLAINTIFF
VERONICA VENZANT, INDIVIDUALLY AND
AS NEXT FRIEND OF M.E. (MINOR)

_/s/ Desirée Lewis_____
Kent J. Lisenby
State Bar No. 00794177
kent@lisenbyfirm.com
Desirée M. Lewis
State Bar No. 24125650
desi@lisenbyfirm.com
LISENBY LAW FIRM, P.C.
9111 Cypress Waters Blvd., Suite 350
Coppell, Texas 75019
(817) 615-9505 – Telephone
(866) 381-4215 – Facsimile

ATTORNEYS FOR THE DEFENDANTS
BIGELOW ARIZONA TX-282 LP D/B/A
BUDGET SUITES OF AMERICA AND
BIGELOW ARIZONA CORPORATION